IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MELISSA COURY, Personal Representative of the Estate of Raymond Coury, | No. 3:16-cv-01796-SB |
| Plaintiff, | |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, a Pennsylvania corporation, sued individually and as successor by merger to BUFFALO PUMPS, INC., *et al*, | ORDER |
| Defendants. | |

HERNANDEZ, District Judge:

     Magistrate Judge Beckerman issued a Findings & Recommendation (#46) on March 21, 2017, in which she recommends the Court grant Plaintiff's motion to remand. Defendants have timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

     When any party objects to any portion of the Magistrate Judge's Findings &

1 - ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Defendants' objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [46], and therefore, Plaintiff's motion to remand [4] is granted. Plaintiff's request for fees and costs under 28 U.S.C. § 1447(c) is denied.

IT IS SO ORDERED.

DATED this \_\_\_26\_\_\_ day of \_\_May\_\_, 2017.

_____
MARCO A. HERNANDEZ
United States District Judge